WOOD *against* THE AUBURN AND ROCHESTER RAIL-
ROAD COMPANY.

*Acquiring lands, by corporation; arbitration as to
compensation.*

THE Auburn and Rochester Railroad Company had
power, under their charter, to acquire by purchase the
title to lands deemed necessary for their road, before
filing in the county clerk's office a certificate of the loca-
tion of the road.

They had also a right to submit to arbitrators the
question as to what compensation should be paid to the
owners of lands required for their road, and an award
regularly made on such submission is valid.

An agent of the company, who, without any direct
authority from the board of directors, had repeatedly
made similar submissions, which had uniformly been
recognized by the board, had power to make such sub-
mission.

Such submission did not require a seal; and where
the agent, not authorized by a power under seal, added
a seal to the submission, held, that the submission was
valid and bound the company.

The award, including the recital of what was submit-
ted, shows with sufficient clearness the lands for which
the award was made, and the damages which were in-
cluded. It also shows that the award covered all the
matters submitted.

It is no objection to the award that it does not dis-
tinguish between the amount awarded for the land actu-
ally taken and the amount awarded for injury to the
residue of the plaintiff's farm, the submission not re-
quiring separate estimates.

The amount awarded was regarded as very large; but
looking at the evidence, many of the witnesses having

estimated the damages at as large or a larger sum, the court could not say that the excessiveness of the damages was such as to furnish evidence of partiality or corruption, and the award could not, therefore, be declared void on that ground.

Judgment of the Supreme Court affirmed.

(S. C., 8 N. Y. 160.)